JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-00790 AHM (FFM) | Date | November 22, 2011 |
| Title | KELVIN X. SINGLETON v. R. WAYNE, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

  Plaintiff mailed the attached letter to the Court after judgment was entered dismissing his claims with prejudice.  The case is "closed."  The plaintiff's "*ex parte* request" lacks merit in any event.  For these reasons, it is DENIED.

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |

INMATE NAME: Kevin X. Singleton
CDCR#: H80959
HOUSING UNIT: ASU-158  CELL: ____

**STATE GENERATED MAIL**

CALIFORNIA STATE PRISON
LOS ANGELES COUNTY
P.O. BOX 4430
LANCASTER CA 93539

Legal Mail

ASU
STATE PRISON
GENERATED MAIL

(AHM)
TRO

United States District Court
Attn: James Munoz, Clerk
500 North Spring Street
Los Angeles, California 90012

US POSTAGE $00.440
10/28/2011
Mailed From 93536

NOV - 2 2011
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___

Kelvin X. Singleton
44750 60Th West
Lancaster, CA. 93539

In pro per.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON<br>PLAINTIFF<br><br>v.<br><br>R. Wayne et al.,<br>DEFENDANTS | CV-09-00790-AHM(FFM)<br><br>EX-PARTE REQUEST FOR<br>EMERGENCY TEMPORARY<br>RESTRAINING ORDER |

Plaintiff herein move this Honorable Court for an Emergency Temporary Restraining as a result of harassment and a threat on his physical person from the defendants' and/or members of the CCPOA. This request is real and supported by the attached declaration.

Further, as a means of making the Court aware of the harassment and threat on his person for future references, Plaintiff places the court on notice.

Sincerely,

Kelvin X. Singleton

## AFFIDAVIT OF KELVIN X. SINGLETON

I, KELVIN X. SINGLETON, do hereby declare and say that:

1. On October 23, 2011, I was placed in Administrative Segregation by Lt. C. Hughes, local president of the CCPOA for an "Anonymous" note that I was planning to stab C/O M. Lopez. While in "A" facility holding cage, Hughes made a comment that I should now watch my back, which I interpreted to mean my physical person is in jeopardy;

2. On October 23, 2011, I became more aware of this "Anonymous" set-up when C/O J. Delatorre entered the holding cage area to have me sign the attached CDC-114-D. This is because Delatorre is defendant Wayne's immediate co-worker who came all the way from Building A1 to the Program Office in an attempt to have me sign the attached document;

3. Defendant Wayne, Lt. Hughes and C/O Delatorre has a well documented history of dropping "Anonymous notes" on prisoners as a means of harassment and terrorizing prisoners. Lt. Hughes was present in 2005 when defendant Wayne retaliated against me and he is well aware of the litigation now against Wayne;

4. I am very concerned about the fate of my person and this case because I mentioned in the prior pleading that something was going to happen to me because of defendant Wayne's illegal activities

-1-

And due to the fact the pending settlement conference which was to be held by October 28, 2011, did not occur. I believe the Administration at Lancaster is sanctioning this harassment/terrorism for the purpose of removing me off the general population so as to physically harm me;

5. One of my settlement agreements was to transfer me away from the defendant and his immediate CCPOA cohorts so as to prevent what just occurred. My request was to transfer to RJ Donovan in San Diego for family ties;

6. I request the court's intervention and order defendant Wayne, C/O Delatorre, Lt. Hughes and all other CCPOA members to cease and desist with the "Anonymous notes" and physical threats against my person, and that the court allow me to proceed forth with either a new settlement date or the prosecution of this case. I remain in Ad/Seg on a bogus and trumped-up charge and in fear of my person.

I Declare Under The Penalty Of Perjury The Foregoing Is True And Correct To The Best Of My Knowlege This 27th Day of October, 2011.

/s/ [signature]

-2-

## Proof of Service

I, Kelvin X. Singleton, declare that I am the Plaintiff in the above-entitled matter. On October 27, 2011, I placed the following document entitled:

EX-PARTE REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND AFFIDAVIT OF KELVIN X. SINGLETON

In a USPS pre-paid envelope, given to the Ad/Seg Correctional Officer and addressed it as follows:

Paul Coony, DAG
310 South Spring Street
Los Angeles, California 90013

Executed on October 27, 2011 at Lancaster, CA.

/s/ K. X. Singleton

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
CDC 114-D (Rev 10/98)

DISTRIBUTION:
WHITE - CENTRAL FILE CANARY - WARDEN
BLUE - INMATE (2ND COPY) PINK - HEALTH CARE MANAGER
GREEN - ASU GOLDENROD - INMATE (1ST COPY)

| INMATE'S NAME | SINGLETON | CDC NUMBER | H86959 |

### REASON(S) FOR PLACEMENT (PART A)

- [ ] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
- [x] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
- [x] ENDANGERS INSTITUTION SECURITY
- [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

**DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:**

On Sunday, 10/23/2011, you are being placed in the CSP-LAC Administrative Segregation Unit (ASU) pending investigation by the Investigative Services Unit into your involvement in a planned assault on staff. Specifically, on this date, an anonymous note was received which alleged you were planning to stab Correctional Officer M. Lopez. Based on the aforementioned, your presence within the Facility-A general population is deemed a threat to the safety of yourself and others and an endangerment to institutional security. You will remain in ASU pending an investigation into this matter and an administrative review of your future program and housing requirements. Your credit earning, visiting status and privilege group may be affected by this placement. Inmate SINGLETON is not a participant in the Mental Health Services Delivery System (MHSDS).

- [ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)
- [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 10/23/2011 | C. HUGHES | | LIEUTENANT |

| DATE OF NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | | | | |

- [ ] INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER

### ADMINISTRATIVE REVIEW (PART B)
The following to be completed during the initial administrative review by Captain or higher by the first working day following placement

**STAFF ASSISTANT (SA)** | **INVESTIGATIVE EMPLOYEE (IE)**

| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
|---|---|---|---|
| | | | |

**IS THIS INMATE:**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| LITERATE? | ☐ | ☐ | EVIDENCE COLLECTION BY IE UNNECESSARY | ☐ | ☐ |
| FLUENT IN ENGLISH? | ☐ | ☐ | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☐ | ☐ |
| ABLE TO COMPREHEND ISSUES? | ☐ | ☐ | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☐ | ☐ |
| FREE OF MENTAL HEALTH SERVICE DELIVERY SYSTEM NEEDS? | ☐ | ☐ | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | ☐ | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | ☐ | | | | |

Any "NO" requires SA assignment Any "NO" requires IE assignment

- [ ] NOT ASSIGNED - [ ] NOT ASSIGNED

### INMATE WAIVERS

- [ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER
- [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
- [ ] NO WITNESSES REQUESTED BY INMATE

| INMATE SIGNATURE | DATE |

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| | | | |

**DECISION:** ☐ RELEASE TO UNIT/FACILITY _____ ☐ RETAIN PENDING ICC REVIEW ☐ DOUBLE CELL ☐ SINGLE CELL PENDING ICC
REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|
| | | |

See Chronological Classification Review document (CDC 128-G) for specific hearing information