| | |
|---|---|
| 1 | KAMALA D. HARRIS |
| | Attorney General of California |
| 2 | RENE L. LUCARIC |
| | Supervising Deputy Attorney General |
| 3 | PAUL J. COONY |
| | Deputy Attorney General |
| 4 | State Bar No. 110370 |

JS-6

300 South Spring Street, Suite 1702
Los Angeles, CA  90013
Telephone:  (213) 897-0838
Fax:  (213) 897-2810
E-mail:  Paul.Coony@doj.ca.gov

*Attorneys for Defendants Russ L. Wayne and Joyce Pruett*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELVIN SINGLETON,** | CV 09-00790 AHM (FFM) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **R. WAYNE, et al.,** | Judge: The Honorable A. Howard Matz |
| Defendants. | Trial Date: Not Assigned |
| | Action Filed: 2/23/2009 |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees and expenses of any type, including attorney's fees. There is no prevailing party in this action. The Court will maintain jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: April 03, 2012

JS-6

51056256.doc

_____
The Hon. A. Howard Matz

1